# CIVIL CAUSE FOR INITIAL CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE:  5/17/2017          TIME:  2:00 PM          TIME IN COURT:  15 min.

CASE:  CV 17-1212 (JMA)(ARL)   Floyd v. The County of Suffolk et al.

APPEARANCES:    For Plaintiff:    Jessica Massimi (via telephone)

                For Defendant:    Kyle Wood

FTR:  2:19-2:26

**FILED**
**CLERK**
5/17/2017 2:48 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled on
- ☒ Settlement conference scheduled on 8/1/2017 at 3:00 PM in Courtroom 920 of the Long Island Courthouse.
- ☒ Other:  Parties to exchange initial disclosures prior to the settlement conference.