# CIVIL CAUSE FOR STATUS CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 10/4/2017 TIME: 12:00 PM TIME IN COURT: 10 Mins.

CASE: CV 17-01212 (JMA)(ARL) Floyd v. The County of Suffolk et al.

APPEARANCES: For Plaintiff: Jessica Massimi (Appearance by Telephone)

For Defendant: Kyle Wood

FTR: 12:12-12:14

**FILED CLERK**
10/4/2017 12:34 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled on
- ☒ A status conference is scheduled for 11/13/2017 at 2:30 PM. At the time of the conference, Jessica Massimi, Esq. shall call Chambers at (631) 712-5600.
- ☒ Other: Application for Jessica Massimi, Esq. to appear by telephone for the status conference scheduled for 11/13/2017 is granted. Kyle Wood, Esq. is also permitted to appear by telephone if he so chooses.