# LAW OFFICES OF MICHAEL S. LAMONSOFF, PLLC

Michael S. Lamonsoff, Esq.○△
Seth J. MacArthur, Esq.○
Michael C. O'Malley, Esq. ○△^
Joseph E. Gorczyca, Esq.○△
Darren T. Moore, Esq. ○△
Joshua Versoza, Esq.
Stacey Haskel, Esq.*

Also Admitted in
○E.D.N.Y.
△S.D.N.Y
◊ NJ Federal Court
*Also admitted in New Jersey
^Also admitted in Massachusetts

Jessica Massimi, Esq.○△
Jonathan Wachlarz, Esq. ○△
Jeffrey Bloomfield, Esq. ○△
Crystal Abreu, Esq.
Anthony Sears, Esq.
Maya Kogan, Esq. ◊
Robert E. Borrero, Esq. △

ALL CORRESPONDENCE TO
NEW YORK OFFICE

www.msllegal.com



June 26, 2018

**VIA ECF**
Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

          Re:   <u>Floyd v. The City of New York, et al.,</u>
                  17 CV 1212 (JMA) (ARL)

Your Honor:

      This firm represents the Plaintiff. I respectfully submit this letter to inform the Court that as of June 30, 2018 I will be no longer associated with this firm, The Law Offices of Michael S. Lamonsoff. Accordingly, please formally terminate my name as the attorney of record. The Plaintiff in this case is still represented by The Law Offices of Michael S. Lamonsoff and another attorney at this firm, Jonathan Wachlarz, has an appearance in this case.

                                  Respectfully Submitted,

                                  /s

                                  Jessica Massimi