# CIVIL CAUSE FOR SETTLEMENT CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 9/5/2018          TIME: 12:00 PM          TIME IN COURT:  5 min.

CASE:   **17-cv-01212-JMA-ARL Floyd v. The County of Suffolk et al**

APPEARANCES:     For Plaintiff: Jonathan Wachlarz

For Defendant:  Kyle Wood

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A conference is scheduled for .
- ☒ Other:   Case settled.  Counsel for the plaintiff shall submit a stipulation of discontinuance by 10/5/2018.