UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

VAUGHN FLOYD,

        Plaintiff,

-against-

THE COUNTY OF SUFFOLK, Detective Michael Corbett, Detective James Zappulla, Police Officer Daniel Fandrey, and Police Officer Michael Tenety,

        Defendants.

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

17-cv-1212(JMA)(ARL)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated: Hauppauge, New York
September 27, 2019

By: _____
Dennis M. Brown
Suffolk County Attorney
*Attorney for Defendant Suffolk County*
By: Kyle Wood
Assistant County Attorney
P.O. Box 6100
100 Veterans Memorial Highway
Hauppauge, New York 11788
(631) 853-4055

By: _____
Jonathan Wachlarz, Esq.
*Attorney for Plaintiff*
**The Law Office of Michael S. Lamonsoff**
32 Old Slip, 8th Floor
New York, N.Y. 10005

**SO ORDERED:**

**Dated: Central Islip, New York
September ____, 2018**

_____
**HON. JOAN M. AZRACK, U.S.D.J.**